UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

DOCUMENT
SEALED

In the Matter of the Application
for a Search Warrant for
Computer servers at Yahoo!, Inc.,
an email provider,
headquartered at 701 First Avenue,
Sunnyvale, CA 94089

1:10-mj-94
UNDER SEAL - LEVEL I

## 18 U.S.C. § 2705(b) PRECLUSION OF NOTICE ORDER

The Court, having considered the Motion filed by the
government seeking an extension of the Order precluding Yahoo!,
Inc. ("Yahoo") from notifying any person of the existence of the
Search Warrant pertaining the e-mail accounts **dobitoc212@yahoo,
xjunior@yahoo and marcus_grande69@yahoo**, finds that there is
reason to believe that notification of the existence of the
Search Warrant will result in the destruction of or tampering
with evidence or otherwise will seriously jeopardize the
investigation.

THEREFORE IT IS ORDERED that Yahoo shall not notify any
person of the existence of the Search Warrant, for a period of
one hundred eighty (180) days from the date of this Order.

SO ORDERED

September  7 , 2011

/s/Landya B. McCafferty
Landya B. McCafferty
United States magistrate Judge